E-FILED
Wednesday, 27 July, 2016 01:55:43 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JUL 2 7 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KoRoDNEY, Jones,                    )
                                    )
              Plaintiff             )
                                    )
        vs.                         )        Case No. _16-3218_
                                    )        *(The case number will be assigned by the clerk)*
WARDEN Larry Beck                   )
Nurse, Tracy Hammett                )
LT. LoFtus                          )
Nurse Dan                           )
_____            )
_____            )
_____            )
_____            )
_____,           )
                                    )
              Defendant(s)          )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: 14th amendement / Due process / Malpractice / deliberate Indifferer

☑   Unknown _____

## I. FEDERAL JURISDICTION

_____

***Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.**

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: KoRoDNEY, JoNES

Prison Identification Number: 121023

Current address: 1- SHERIFF PlaZa

Springfield, Illinois  62701

*For additional plaintiffs, provide the information in the same format as above on a separate page.  If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: WARDEN LARRY BECK

Current Job Title: WARDEN OF Sangamon County Jail

Current Work Address 1- SHERIFF Plaza

Springfield, Illinois  62701

Defendant #2:

Full Name: Nurse TRacy HAMMETT

Current Job Title: RPN For Sangamon County Jail

Current Work Address 1-Sheriff Plaza

Springfield, Illinois  62701

Defendant #3:

Full Name: Luitenant LoFTuS

Current Job Title: LT. For Sangamon County Jail

2

Current Work Address ___1 - SHERiFF PlaZA___

___SpringField, Illinois  62701___

Defendant #4:

Full Name: ___Nurse DaN___

Current Job Title: ___1 - Sheriff, PlaZA___
___Sangamon, County JaiL___
Current Work Address ___1 - Sheriff PlaZA___

___SpringField, Illinois  62701___

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No  ☑

C. If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   _____ N/A _____

2. Basic claim made _____ N/A _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Sangamon County Jail
Springfield, Illinois 62701

4

Date(s) of the occurrence _August 4th 2015_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

on August 4th 2015 I was on E-Block in Sangamon County Jail Springfield, Illinois 62701. I KoRoDNEY Jones was nuetral meaning non-violent Trying to deFuse a physical Confrontation by holding inmate Anthony, James in which Anthony James commenced Hitting KoRoDNEY Jones Repeatedly and very, very Brutally in face and Head In which security watched As Several other inmates intervened and started Kicking KoRoDNEY Jones Repeatedly in the Head, Mouth and face. In which serverely injured Mr. Jones in which put him in A intensive state. In which Sent KoRoDNEY Jones to the Hospital because many Bones was Crushed in his JAW and his Dental Structure was PERMANATELY Damaged for the rest of his life. WARDEN LARRY BECK is Duly responsible for All Security in this Cruel And unusual punishment. Nurse TRACY HAMMEAT spicificly is responsible for unproffesionally malpractice By not allowing my JAW

5

Surgery to properly be cared for in
which she allowed my gums and
mouth structure to heal improperly
while my wires in my Jaw was
well overly passed due to come out
of my mouth. In which Allowed
my Jaws to heal incorrectly.
LT. Loftus refused to correct the mistake
by not allowing Security to take me
to the off ground Doctor in time and
was also unproffesional in allowing me
to be physically impaired and improperly
cared for medically by his negligence.
Nurse Dan Is The Head Nurse here
At Sangamon, County Jail in Springfield,
Illinois 62701 And He is Responsible
for malpractice unproffessional
Conduct simply because he is responsible
also for any medical proceedure
to even take place in or outside
Sangamon, County Jail in Springfield,
Illinois. 62701. I am a United States
Citizen And not only have I been Severely
injured And cruelly punished but My
Constitutional rights have been blately
violated. My proper progression of my due
process has been truly violated simply
I was neglected and my medical
infirmaties were intentionally delayed.

6

I KuRODNEY Jones is a very Humble, individual I have been incarcerated Here over 2-years or close and Truly I respect the Athority and everyone. My Relief I ASK for 50,000$ from every defendant Individually and Also to pay for my medical Bill's for every episode, and Trip for the Doctor to update and All mental Health issues that I continue to have, because of the Trauma I Experience I as this to be paid in full Capasity. These punity and medical Damagess has truly physically impaired me my constitutional rights under the 14+h Amendment has been duly violated Also malpractice and Deliberate indiFFerence has also been a violation I have terminal Damages and my JAw-Bone will never Be the Same. please take this Claim in your Deepest Consideration

## RELIEF REQUESTED

(State what relief you want from the court.)

50,000$ from each Defendant And Also medical And punity Damage.

7

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND        Yes ☑    No ☐

Signed this _July_ day of _15th_, 20 _16_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| KoRODNEy Jones KoRodney Jones | 121023 |
| Address: 1- Sheriff PlAZA SPRGFLD, Illinois 62761 | Telephone Number: |



# Incident Report

## Incident: 2015-00001538



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 06/27/2016 09:54 | | Sangamon Co Sheriff's Office |
| **Login ID:** | sg02056 | **ORI Number:** | IL0840000 |

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Fight - Major | **Reporting Officer:** | Wallace |
| **Incident Date/Time:** | 08/04/2015 05:20 PM | **Reported Date/Time:** | 08/04/2015 05:50 PM |
| **Incident Location:** | Cell Block | | |
| **Description:** | Fight in F-blk | | |

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 10 | **Violator:** | Jones, Korodney Montreel | **Violation:** | .111 - Fighting |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 11 | **Violator:** | Jones, Korodney Montreel | **Violation:** | .110 - Riot/Mob Action |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 12 | **Violator:** | Jones, Korodney Montreel | **Violation:** | .117 - Violent/Disruptive Act |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Notification

| | | | |
|---|---|---|---|
| **Seq Number:** 10 | **Violator:** Jones, Korodney Montreel | | |
| **Notification Type** | **Notification Date/Time** | **Notified By** | |
| Ticket Issued | 08/10/2015 09:00 AM | Kirby | |
| **Seq Number:** 11 | **Violator:** Jones, Korodney Montreel | | |
| **Notification Type** | **Notification Date/Time** | **Notified By** | |
| Ticket Issued | 08/10/2015 09:00 AM | Kirby | |
| **Seq Number:** 12 | **Violator:** Jones, Korodney Montreel | | |
| **Notification Type** | **Notification Date/Time** | **Notified By** | |
| Ticket Issued | 08/10/2015 09:00 AM | Kirby | |

## Violation Discipline

| | | | | | |
|---|---|---|---|---|---|
| **Discipline Type:** | Disciplinary Seg Time | **Start Date/Time:** 08/10/2015 05:20 PM | **End Date/Time:** 09/09/2015 05:20 PM | | |
| **Violator:** | Jones, Korodney Montreel | **Event Type:** | **Disposition:** | **Officer:** | Kirby |
| **Comments:** | | | | | |

## Narrative

| | | |
|---|---|---|
| **Signature:** | _____ | **Date:** _____ |
| **Reviewed:** | _____ | **Date:** _____ |
| **Medical Notified:** | _____ YES _____ NO | **Date:** _____ |
| **Inmate Signature:** | _____ | **Date:** _____ |

JONES, KORODNEY M
FIN 257327197  MR# 0535196 Sex:M
DOB 05/26/1992  23Y  ADM 08/06/2015
WILLIAMS, JORDAN DMD


# Memorial
MEDICAL CENTER

## PATIENT DISCHARGE PLAN

Discharge date: _August 7, 2015_          Discharge time: _1600_

I am going: ❑ Home   ❑ Home with Home Health   ❑ Extended Care Facility

Name of Agency: _Sangamon County Jail_

## HOSPITAL SUMMARY

I was in the hospital because: _fractured jaw / surgery_

The medical name for this condition is: _open reduction internal fixation of left angle fracture closed reduction of right parasymphysis fracture, and extraction of tooth #9 and #17_

I also have these medical conditions: _none_

## PROCEDURES

While I was in the hospital I had these procedures:

1. _____ for _____
2. _____ for _____
3. _____ for _____
4. _____ for _____

During this hospital stay:

☑ Pneumococcal (pneumonia) shot given on _N|A_

☑ Influenza (flu) shot given on _N|A_

**Avoid second hand smoke, and if you smoke; stop smoking.  For more information about free classes or counseling, call the Illinois Tobacco Quitline 1 (866) QUIT YES or 1 (866) 784-8937, or ask your doctor**



JONES, KORODNEY M
FIN 257327197  MR# 0535196 Sex:M
DOB 05/26/1992  23Y  ADM 08/06/2015
WILLIAMS, JORDAN DMD


## INSTRUCTIONS AFTER DISCHARGE

**Activity**

as tolerated

**Restrictions**

keep head elevated as much as tolerated to reduce swelling

**Diet and Supplements**

Dental soft/pureed diet as tolerated (anything able to be pulled thru a straw)

**Fluids**

drink plenty of fluids to stay hydrated

**Medical Equipment/Oxygen**

Jaw Bra with ice to face at all times

**Wound Care**

If ANY nausea or vomiting cut all 4 vertical wires

**Additional Instructions**

WIRE CUTTERS to be near and available at all times!

### CALL YOUR PRIMARY DOCTOR FOR THE FOLLOWING PROBLEMS:

1. uncontrolled pain nausea fever greater than 101°F
2. if wires are cut or problems develop
3. with any questions or concerns
4. _____

## IMPORTANT PHONE NUMBERS:

My Pharmacy
_____

Phone:
(   ) _____

My home health care:
_____

Phone:
(   ) _____

Dialysis:
_____

Phone:
(   ) _____

Other:
_____

Phone:
(   ) _____

JONES, KORODNEY M
FIN 257327197  MR# 0535196 Sex:M
DOB 05/26/1992  23Y  ADM 08/06/2015
WILLIAMS, JORDAN DMD


## APPOINTMENTS AFTER DISCHARGE:

Primary Physician                                    Phone:

_____    (        )_____

Date/time:_____

Physician                                            Phone:

Dr Williams (Oral Surgeon)            (217) 546-8100

Date/time: ~~Thursday 8/13~~ at 3:20pm    8/17/15 Monday

Physician                                            Phone:

_____    (        )_____

Date/time:_____

Physician                                            Phone:

_____    (        )_____

Date/time:_____

| TESTS NEEDED: | BECAUSE: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

❏ I understand these instructions.

❏ I have received a copy of these instructions and of my discharge medications list.

❏ I understand what I need to do to get well and am ready to take care of my health.

❏ Patient belongings sent with patient at time of discharge/transfer.

(Circle) Dentures    Glasses    Hearing Aid    Valuables    Home Medications Returned

Other: _____

Patient/caregiver signature _____    Date_____ Time_____

Healthcare provider signature _____    Date 8/7/15  Time 1335

Physician signature _____    Date 8/7/15  Time 1320

---

**If you have problems or questions about your health after leaving the hospital, please call (217) 788-3000 and ask for 2G nursing unit or 1(800) 798-3011.**

MR18-41b   05/04/12                                              Page 3 of 3

# Memorial Medical Center

701 N. First Street
Springfield, IL 62781-0001
217-788-3030

| Patient Name: **JONES, KORODNEY M** | | | Weight: 108.5 kg |
|---|---|---|---|
| Birthdate: 05/26/1992 | Age: 23 Years | Sex: Male | MRN: 0535196 |
| Allergies: **No known allergies** | | | |

Pharmacist please note--Allergy list may be incomplete.

| Patient Address: | #1 Sheriff Plaza | Home Phone: | (217) 816-2710 |
|---|---|---|---|
| | Springfield, IL 62701 | Work Phone: | |
| Primary Health Plan: | NON CONTRACTED CORRECTIONAL FACILITIES | Policy/Group #: | 121023/99999 |
| Secondary Health Plan: | N/A | Policy/Group #: | N/A |
| Tertiary Health Plan: | N/A | Policy/Group #: | N/A |

| Prescription Details: | Date Issued: **08/07/2015** |
|---|---|

**Rx: acetaminophen-codeine 120 mg-12 mg/5 mL oral liquid**       Start Date: **08/07/2015**
  SIG:              **25 mL PO Q6H PRN Pain - Moderate**
  Dispense/Supply: **<120 mL>**

X _____

### DISPENSE AS WRITTEN              **SUBSTITUTION PERMITTED**

Prescribed by: **Ryan W Schmucker, RES**   NPI: 1154685022      DEA #: AS3750242-6705

Security Feature List
< > Boardered quantities.
Microprint signature line visible at 5x or greater.
This list of security features.



**Springfield Associates In Oral & Maxillofacial Surgery, Ltd.**

Russell A. Williams, D.M.D., M.S.
Louis D. Scannura, D.D.S.
David J. Fischer, D.D.S.
Eric K. Woolbright, D.D.S.
Jordan N. Williams, D.M.D.

3007 Spring Mill Drive
Springfield, IL 62704
(217) 546-8100

1105 West Ferdon
Litchfield, IL 62056
(217) 324-6672

1614 W. Lafayette
Jacksonville, IL 62650
(217) 243-7272

NAME Ko Rodney Jones

ADDRESS                    DATE 8·26·15

℞ Augmentin Elixor 875 mg

Disp: 20 doses

Sig: ½ p·o dose Bid

REFILL 0 TIMES

Williams Sept
8-26-15

☑ MAY SUBSTITUTE      DR.
☐ MAY NOT SUBSTITUTE

---

**Springfield Associates In Oral & Maxillofacial Surgery, Ltd.**

Russell A. Williams, D.M.D., M.S.
Eric K. Woolbright, D.D.S.
Jordan N. Williams, D.M.D.
Louis D. Scannura, D.D.S.
David J. Fischer, D.D.S.

3007 Spring Mill Drive
Springfield, IL 62704
(217) 546-8100

1105 West Ferdon
Litchfield, IL 62056
(217) 324-6672

1614 W. Lafayette
Jacksonville, IL 62650
(217) 243-7272

NAME Ko Rodney Jones

ADDRESS                    DATE 8·17·15

℞ Augmentin Elixir 875mg

Disp: # 20 doses

Sig: 1 dose BID

REFILL 0 TIMES

☑ MAY SUBSTITUTE      DR.
☐ MAY NOT SUBSTITUTE

THANK YOU. OPEN 24 HOURS 7 DAYS A WEEK

GET YOUR CVS EXTRACARE CARD

label-receipt on bag.

erify

SANGAMON COUNTY SHERIFF'S OFFICE
DIVISION OF CORRECTIONS
MEDICAL SECTION                                                    **SPECIAL DIET ORDER**

Inmate/Patient Name  Jones KoRodney          Housing Location:  med 5
Problem:  Fx Jaw

Diet Ordered:  Pureed diet through straw
                          Start Date:  8/7/15      Ending Date: until further
                                                                            notice

☐  ALLERGIES: _____
☐  RELIGIOUS RESTRICTIONS: _____
☐  FOODS CAUSING DISTRESS: _____
☐  OTHER: _____

Additional Comments: _____
_____

Ordered By: _____      Date:  8/7/15 _____, 20 15

NOTE:  Full liquid diets will be discontinued after three (3) days unless a provider (Physician) specifically orders
otherwise.  This must be noted on the special diet.

SCSO #197    White: Medical Records        Yellow – Food Service Manager        Pink: Administrative File
7-02

---

SANGAMON COUNTY SHERIFF'S OFFICE                    # 121023
DIVISION OF CORRECTIONS
MEDICAL SECTION                                                    **SPECIAL DIET ORDER**

Inmate/Patient Name  KoRodney Jones          Housing Location: Med 5
Problem:  Jaws wired Shut

Diet Ordered:  full liquid diet with ensure twice daily
                          Start Date:  8/8/15      Ending Date: 8/8/16

☐  ALLERGIES: _____
☐  RELIGIOUS RESTRICTIONS: _____
☐  FOODS CAUSING DISTRESS: _____
☐  OTHER: _____

Additional Comments: _____
                        T.O. Dr Abraham/

Ordered By: J Hammet Lpn _____      Date:  8/8 _____, 20 15

NOTE:  Full liquid diets will be discontinued after three (3) days unless a provider (Physician) specifically orders
otherwise.  This must be noted on the special diet.

SCSO #197    White: Medical Records        Yellow – Food Service Manager        Pink: Administrative File
7-02

SANGAMON COUNTY SHERIFF'S OFFICE
DIVISION OF CORRECTIONS
MEDICAL SECTION                                    **SPECIAL DIET ORDER**

Inmate/Patient Name  *Jones, KoRodney*          Housing Location:  *med 5*

Problem:  *Fracture Jaw*

Diet Ordered:  *NPO after midnight   (nothing by mouth)*

                         Start Date:  *8/5/15*    Ending Date:  *8/6/15*

- [ ] ALLERGIES: _____
- [ ] RELIGIOUS RESTRICTIONS: _____
- [ ] FOODS CAUSING DISTRESS: _____
- [ ] OTHER: _____

Additional Comments: _____

Ordered By: _____          Date:  *8/5/15*  , 20 *15*

NOTE:  Full liquid diets will be discontinued after three (3) days unless a provider (Physician) specifically orders otherwise.  This must be noted on the special diet.

SCSO #197   White: Medical Records      Yellow – Food Service Manager      Pink: Administrative File
7-02

---

SANGAMON COUNTY SHERIFF'S OFFICE
DIVISION OF CORRECTIONS
MEDICAL SECTION                                    **SPECIAL DIET ORDER**

Inmate/Patient Name  *Jones, KoRodney*          Housing Location:  *med 5*

Problem:  *Fractured Jaw*

Diet Ordered:  *Pureed diet*

                         Start Date:  *8/5/15*    Ending Date:  *8/5/16*

- [ ] ALLERGIES: _____
- [ ] RELIGIOUS RESTRICTIONS: _____
- [ ] FOODS CAUSING DISTRESS: _____
- [ ] OTHER: _____

Additional Comments: _____

Ordered By: _____          Date:  *8/5/15*  , 20 *15*

NOTE:  Full liquid diets will be discontinued after three (3) days unless a provider (Physician) specifically orders otherwise.  This must be noted on the special diet.

SCSO #197   White: Medical Records      Yellow – Food Service Manager      Pink: Administrative File
7-02



**Memorial**
MEDICAL CENTER
701 North First Street
Springfield, Illinois 62781-0001

*** Specimen Labels ****

**JONES, KORODNEY M**
FIN 257322883  MR# 0535196 Sex:M
DOB 05/26/1992  EMERGENCY ROOM, PH

Name__
Address _
Allergies _

Date  8/4/15

℞  Bacitracin Ointment
sig: apply to lip lacerations
TID – QID PRN
Disp: one tube (small)

May Substitute    Yes ☑    No ☐
Refill              Yes ☐    No ☑
How many _____ none _____
                                    _____ MD
                                    signature
DEA No _____ 6808 _____    A. Ross
                                    _____ MD
                                    printed name

16854     172-78   10/02/02



**Memorial**
MEDIC
701 North First Street
Springfield, Illinois 62781-0001

*** Specimen Labels ****

**JONES, KORODNEY M**
FIN 257322883  MR# 0535196 Sex:M
DOB 05/26/1992  EMERGENCY ROOM, PH

Name__
Address _
Allergies _

Date  8/4/15

℞  Clindamycin 300 mg
sig: T PO TID
Disp: # 15 (fifteen)

May Substitute    Yes ☑    No ☐
Refill              Yes ☐    No ☑
How many _____ 6808 _____
                                    _____ MD
                                    signature
DEA No _____ 6808 _____    A. Ross
                                    _____ MD
                                    printed name

16854     172-78   10/02/02





# In the Circuit Court
## For the Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois
### Criminal Division

PEOPLE OF THE STATE OF ILLINOIS,  )
                        Plaintiff,  )    No. **2015-CF-000889**
            -vs-                     )
**KORODNEY M JONES**                 )
                        Defendant,  )    Complaint  01 of 01

---

In the name and by the authority of the People of the State of Illinois, VICKI
THOMPSON, hereinafter called the complainant, on oath charges that on or about
AUGUST 4, 2015, in Sangamon County, Illinois,  KORODNEY M JONES, hereinafter
called the defendant, committed the offense of  AGGRAVATED BATTERY, in violation
of Section 5/12-3.05(c) and 12-3(a)(2), Chapter 720, of the Illinois Compiled Statutes, in
that said defendant, while on public property, being the Sangamon County Jail,
knowingly and without legal justification, made physical contact of an insulting or
provoking nature with Anthony James, in that said defendant rushed at Anthony James
and struck Anthony James about the head and body.

x _Vicki Thompson_

Subscribed and Sworn to before me this date, August 28, 2015.



OFFICIAL SEAL
**KATHRYN A. LEE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09-15-2019

_Kathryn A Lee_

NOTARY PUBLIC

ASA       CLASS 3




# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR |
|---|---|---|
| 6/5/15 ORIGINAL ORDER / DISCONTINUE 6/5/15 | Norco 5mg - 325mg PO TID x 3 day | 0800 / 1300 / 2000 |
| 6/5/15 / 6/5/15 | Clindamycin 300mg 1 PO TID x 3 day | 0800 / 1300 / 2000 |
| 6/5/15 / 6/6/15 | Peridex Mouth wash Swish & spit 15mL BID x 3 day | 0800 / 1300 / 2000 |
| 6/5/15 / 6/6/15 | Peridex gel Apply to lip TID x 3 day | 0800 / 1300 / 2000 |
| 6-8-15 | Augmentin Liquid Take 10.9 mL BID X 10 days | 0800 |
| 6/5/15 / 6/5/15 | Augmentin elixir 875mg 1 dose BID x 10 days | 0800 / 2000 |

ALLERGIES:

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| M | | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO   5/24/92

LOCATION   MHS

PATIENT NAME AND NUMBER

CHARTING FOR _____ THROUGH 6/12/15

DIAGNOSIS



( ) Telemedicine     ( ) New Visit   ( ) Follow-up

(✓) MD      ( ) NP/PA        ( ) Nurse

**Medical Progress Note**

Date: 8·20·15          Time:

Patient Name: Jones, Kvrodney      DOB: 5·26·92    Age:

Allergies:                              Inmate ID #: D1023

Subjective Complaint: Flu Wired pw S/P 3 fy          Duration:

| Objective | Vitals: Labs | BP: | Pulse: | Resp: | Temp: X-rays | Weight: | Pulse Oximetry: |
|---|---|---|---|---|---|---|---|
| Eye | | | | | | | |
| Head/Ears/Nose/Throat | | | | | | | |
| Lungs/Chest | Was out at a Dr. App. | | | | | | |
| Heart | | | | | | | |
| Abdomen | | | | | | | |
| Genito-Urinary | | | | | | | |
| Musculoskeletal | | | | | | | |
| Skin | | | | | | | |
| Neuro | | | | | | | |
| Other | | | | | | | |

Practitioner Assessment:

Plan:

No other complaints by patient:

Follow-up:

Patient Education:

Orders Processed By:

Nurse Signature                              _Practitioner Signature_

MO-03
Reviewed: 09/2014
Revised: 09/2014

Mea S

₿B 5-26-92

# Narrative Progress Note

Inmate's Name _Kordaney Jones_          ID Number _121623_

| Date / Time | SOA | PLAN |
|---|---|---|
| 8/16/15 (1054) | I'm on Clindamycin Oral susp QID. Jaws willed shut. C/o feeling as though tongue is "bumpy" + "thick". I'm reports slight burning to roof of mouth + cheek. Will alert md for S/s thrush. | — Nystatin Swish & swallow 2 tsp. BID x 7d. TO. Dan Williams PA S Hammitt LPN

_[signature]_ |

MO04
Revised: 11/2010
Revised: 07/2012

**SANGAMON COUNTY SHERIFF'S OFFICE**
**INMATE CHARGE SHEET**

INMATE NAME _Kordaney Jones_ DOB _5-26-92_
ARREST JACKET NO: _121023_ CELLBLOCK: _Med_ CELL: _5_

| | | | |
|---|---|---|---|
| ☐ | - | SICK CALL | $10.00 |
| ☐ | - | DOCTOR VISIT | $25.00 |
| ☐ | - | DENTIST VISIT | $25.00 |
| ☐ | - | DIETARY SERVICE | $10.00 |
| ☐ | - | XRAY | $10.00 |
| ☐ | - | LABORATORY ANALYSIS | $15.00 |
| ☐ | - | PRESCRIPTION | $3-10.00 |
| ☒ | - | PRESCRIPTION MONTHLY REINSTATEMENT CO-PAY | $ _3_ x _1_ SCRIPTS = $ _3.00_ |
| ☐ | - | OVER THE COUNTER MEDICATIONS PER REQUEST | |

|  |  |  |
|---|---|---|
| ☐ | ORAL …………………….. | $0.50 |
| ☐ | TOPICAL ……………… | $2.00 |

| | | | |
|---|---|---|---|
| ☐ | - | DAILY SCHEDULED ORDERED TREATMENTS - $7.00/ORDER/MONTH | |
| ☐ | - | DRESSING SUPPLIES | $3.00/ORDER/MONTH |
| ☐ | - | BAND-AIDS | $0.10 EACH |
| ☐ | - | DIABETIC SUPPLIES: | |

|  |  |  |
|---|---|---|
| ☐ | NON-INSULIN DEPENDENT | $5.00/MONTH |
| ☐ | INSULIN DEPENDENT | $15.00/MONTH |

TOTAL AMOUNT DEDUCTED: $ _3.00_
TRUST ACCOUNT CLERK VERIFICATION: _____

NURSE'S COMMENTS: _Nystatin Swish_
_& Swallow_

_J Kammui Lpn_
SIGNATURE

_8-16-15_
DATE

ORIGINAL: MEDICAL FILE
YELLOW COPY: ACCOUNT CLERK
PINK COPY: INMATE

SCSO 354
08/07

# Narrative Progress Note

Inmate's Name  Jones, Kurodney                ID Number  121023

| Date / Time | SOA | PLAN |
|---|---|---|
| 8-14-15 1500 | I/M states has Not had A bowel mvt in 9 days - Per Jail PA give mag citrate 8 oz Now - may repeat next day if No results. DWallerupN | |

MO04
Revised: 11/2010
Revised: 07/2012

( ) Telemedicine    ( ) New Visit    ( ) Follow-up

M MD     ( ) NP/PA    ( ) Nurse

**Medical Progress Note**

Date: 8-11-15          Time:

Patient Name: Jones, Koradney    DOB: 5-26-92    Age:

Allergies:                  Inmate ID #: 121023

Subjective Complaint: Flu facial surgery          Duration:
Pain 3/10 — on regular dns

| Objective | Vitals: | BP: 140/78 | Pulse: 90 | Resp: 18 | Temp: 98.1 | Weight: 237.8 | Pulse Oximetry: 98% |
|---|---|---|---|---|---|---|---|
| | Labs | | | X-rays | | | |

Eye                         (N) conjunctovae
Head/Ears/Nose/Throat       MMM
Lungs/Chest                 CTA (B)
Heart                       RRR
Abdomen
Genito-Urinary
Musculoskeletal
Skin                        warm, dry, intact
Neuro                       AAO x 3 men
Other

Practitioner Assessment: (1) S/p surgery

Plan:    (1) Cont meds
         (2) NKP

No other complaints by patient:  NO

Follow-up: PRN

Patient Education: Stay Hydrated

Orders Processed By:

Nurse Signature                    Practitioner Signature

MO-03
Reviewed: 09/2014
Revised: 09/2014

## Narrative Progress Note

Inmate's Name __Korodney Jones__   ID Number __121023__

| Date / Time | SOA | PLAN |
|---|---|---|
| 8/8/15 (1101) | A diet to liquid c̄ ensure Bid til able to increase. | |
| | To dr Abraham / Hammett la  [signature]  sh | |

MO04
Revised: 11/2010
Revised: 07/2012

( ) Telemedicine    ( ) New Visit    ( ) Follow-up

( ) MD    ( ) NP/PA    ( ) Nurse

**Medical Progress Note**

Date: 8-5-15                     Time:

Patient Name: Jones, Korodney    DOB: 5-26-92    Age:

Allergies:                        Inmate ID #: 121023

Subjective Complaint: S/P altercation          Duration:

| | Vitals: | BP: 138/74 | Pulse: | Resp: | Temp: 97.8 | Weight: | Pulse Oximetry: |
|---|---|---|---|---|---|---|---|
| **Objective** | Labs | | | | X-rays | | |

Eye — Injy w Supine posittiew. Neut Agupe

Head/Ears/Nose/Throat — HEEd Ā - PERRLA

— GOOD EOM

— NoNoSCE tueee to palpation.

Neek - Tender.

Lungs/Chest

Heart

Abdomen

Genito-Urinary

Musculoskeletal

Skin

Neuro

Other

Practitioner Assessment: Fx Nasable
Tx tunelle

Plan: F/u To Surge when scuedle
Tx1 1ccu, (R) Ō (2) Rbu Nce
R/l Scapts as per RN.

No other complaints by patient:

Follow-up:

Patient Education:

Orders Processed By:                         [signature] Practitioner Signature

Nurse Signature

MO-03
Reviewed: 09/2014
Revised: 09/2014

# Narrative Progress Note

Inmate's Name  Korodney Jones          ID Number  121023

| Date / Time | SOA | PLAN |
|---|---|---|
| 1740 8-4-15 | I/M seen in F block for injuries sustained in an altercation. I/M noted to be bleeding profusely from the mouth. I/M noted to be missing a front tooth (#7) which he said was knocked out and pointed to a bottom back left tooth that had been knocked loose. Upon visual inspection small split noted to ↑ rt side of his lip. The left side of the lip was split from the inside to the outside of mouth, possibly requiring sutures. Spoke c̄ PA and order rec'd to send to ER for eval + Tx. report per writer. | MMC ER given DWaller LPN |

MO04
Revised: 11/2010
Revised: 07/2012

# Memorial Medical Center

701 N. First Street
Springfield, IL 62781-0001
217-788-3030

| Patient Name:  **JONES, KORODNEY M** | | | Weight:  111  kg |
|---|---|---|---|
| Birthdate: 05/26/1992 | Age:  23 Years | Sex:  Male | MRN: 0535196 |
| Allergies:  **No known allergies** | | | |

Pharmacist please note--Allergy list may be incomplete.

| | | | |
|---|---|---|---|
| Patient Address: | 1236 N MILTON LOT 71 SPRINGFIELD, IL 62702 | Home Phone: Work Phone: | (217) 816-2710 |
| Primary Health Plan: | NON CONTRACTED CORRECTIONAL FACILITIES | Policy/Group #: | 340882464/99999 |
| Secondary Health Plan: N/A | | Policy/Group #:  N/A | |
| Tertiary Health Plan: | N/A | Policy/Group #:  N/A | |

| **Prescription Details:** | **Date Issued: 08/04/2015** |
|---|---|

**Rx:  Norco 5 mg-325 mg oral tablet**                                    Start Date: 08/04/2015

SIG:                1 Tablet(s) PO Q4H for 3 Day(s) PRN for pain
Dispense/Supply: <18 Tablet(s)>  eighteen Tablet(s)

X _____

**DISPENSE AS WRITTEN**                          **SUBSTITUTION PERMITTED**

Prescribed by: **Alexandra I Asrow, MD**   NPI: 1144516568        DEA #: FA4595964

Security Feature List
< > Boardered quantities.
Microprint signature line visible at 5x or greater.
This list of security features.

# DIAMOND PHARMACY SERVICES                    **STAT**
## EMERGENCY PRESCRIPTION REQUEST

Facility Name: **Sangamon County Jail  - SANG**            Date: _____

                                                          Time: _____ AM  PM

Person Completing this Form: _BK Benningfield_____        _____
                             Printed Name                     Signature

1.    Complete **ALL** sections legibly and sign where indicated.  Incomplete fields may delay the processing of this order
2.    Fax to the toll free **Diamond Backup Hotline 1.866.307.9748**. **DO NOT FAX WITH YOUR REGULAR ORDERS**, this will delay the process.

|                                                                                   | YES | NO |
|-----------------------------------------------------------------------------------|-----|-----|
| Have you verified that the medications are not available in a stat box or as stock? | ☐ | ☐ |
| Are all of these medications deemed necessary by the prescriber to be started immediately? | ☐ | ☐ |
| Are all medications ordered on the formulary for your facility? | ☐ | ☐ |
| If medication is non-formulary, has it been approved? | ☐ | ☐ |

\* **Please note that Schedule II narcotics cannot be filled locally unless a DEA licensed prescriber manually signs a written prescription that can be given to the dispensing pharmacy at the time of dispensing.  Schedule II prescriptions must be filled for the full quantity written.**

**Memorial**
MED

*** Specimen Labels ****                    701 North First Street
JONES, KORODNEY M                           Springfield, Illinois 62781-0001
FIN 257322883  MR# 0535196 Sex:M
Nam  DOB 05/26/1992  EMERGENCY ROOM, PH     Date 8/4/15
Addr

Allergies _____

℞      Peridex Mouth wash

       Sig: Swish + Spit 15 mL
            Q8 hours.
            Disp - one bottle

May Substitute   Yes ☑  No ☐
Refill   Yes ☑  No ☐         _____ MD
How many  x2                      signature
DEA No. _6808_              A. Ross     MD
                           printed name

| RELEASE MEDS |    |
|--------------|-----|
| YES | NO |

## PHARMACY ONLINE BILLING INFORMATION:

Group Code: **DPSANG**      PBM: MedTrak      BIN# 800004      PCN# 008126      Person Code: 01

Patient ID:  Use the Patient # above.  If # is not provided, use the Group Code plus the patient's six digit date of birth.
If you are unable to transmit a claim, please call MedTrak RX help: 1-800-771-4648.  If you receive a rejection, please cal
Diamond Pharmacy Services Customer Service at 1-800-882-6337, Ext 2100, follow the prompts after hours.   If you are
unable to contact someone, please release the med(s) to the facility and call 1-800-882-6337 Ext 1022 or 1016 and leave
a message along with the RX number.  We will override and return your call on the next workday.   If you have any
questions, please call our ON-CALL Services 1-800-882-6337 and a pharmacist will be paged.

**\*\*\*\*\*\*\*\*\*\*\*DIAMOND PHARMACY USE ONLY\*\*\*\*\*\*\*\*\*\*\***

Date and Time Recvd: _____/_____/_____@ _____am/pm _____     Date and Time Faxed: _____/_____/_____@ _____am/pm _____

Reviewed by Diamond RPh: _____     RPh – 1-800-882-6337 EXT: _____

Backup Pharmacy: _____     FAX: _____

Pharmacy Address: _____     Phone: _____

# Memorial
## MEDICAL CENTER
### Department of Emergency Medicine
## Discharge Instructions to Patients



JONES, KORODNEY M
FIN 257322883    MR# 0535196 Sex:M
DOB 05/26/1992  23Y  ADM 08/04/2015
EMERGENCY ROOM, PHYSICIAN

*Thank you for choosing MEMORIAL MEDICAL CENTER to assist in your health care needs.* The examination, treatment and x-ray reading you have received in the Emergency Department has been rendered on an emergency basis only and is not intended to be substituted for or to provide COMPLETE medical care. X-rays read in the Emergency Department are preliminary readings ONLY. Final readings will be done by a radiologist, and you or your physician will be notified of any other findings. Your follow-up physician (named below) will receive a copy of your records and/or test reports. It is important that you have him or her examine you. You should report any new or remaining problems at that time, because all elements of injury or illness do not appear at first and will not always be present during a single Emergency Department visit. Feel free to contact us if you have any questions.

Description of Health Problem ___facial trauma___

Warning Signs and Complications _____

## For Further Treatment or Follow-up Care

Call Doctor ___Jordan williams DMD___

For an appointment in ___1-2 days___ days.

Office Address _____

Office Phone ___217-546 8100___

| Medications | Purpose | Dosage | Side Effect | What To Do |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## General Instructions

☐ Drink plenty of fluids, _____ glass/es every hour.
☐ Aspirin or Tylenol _____ every _____ hour(s) for fever or discomfort.    *soft diet*
☐ Ice pack or cool applications    *and liquids*
☐ Moist mild heat    *only*
☐ Elevate the affected part.
☐ Take x-rays to doctor's office. Call 788-3200 prior to pick-up at x-ray department.

☐ **DO NOT** drive or operate machinery for _____ hours.
☐ Continue medications as prescribed by your physician.
☐ Re-wrap elastic bandage if it becomes too tight or too loose.
☐ Tetanus Booster given.
☐ Call 788-3030 for _____ results in _____ days.
☐ **DO NOT DRINK ALCOHOL.**
☐ X-rays will be read officially in the next _____.

## Written Instructions Given To Patients

☐ Adult/Pediatric Vomiting and/or diarrhea
☐ Throat culture(s)
☐ Head injury
☐ Fracture and cast care
☐ Crutches

*- wash face/lips with soap and water daily*

☐ Lacerations
☐ Plastic surgery repair
☒ Other/Comments  *① Keep head of bed elevated, no bending at waist, - avoid further facial trauma*

Your Emergency Room visit must meet certain criteria established by your insurance carrier or the Department of Public Aid in order for the services you are receiving to be covered under insurance of medical card. If this visit does not meet the criteria established by your insurance or the Department of Public Aid, you will be responsible for the charges.

**If your condition gets worse or if new symptoms develop, or should you not recover as expected, contact your personal physician. If unable to contact your physician, return here.**

I UNDERSTAND AND HEREBY ACKNOWLEDGE RECEIVING DISCHARGE INSTRUCTIONS AS LISTED ABOVE.

Signature of Patient or Legal Guardian

Date ___8/4/15___    Time ___1050 pm___

Signature of Witness

Date ___8/4/15___    Time ___2250___

Please complete and return the Patient Satisfaction Survey which you will receive within five days of this visit. Your opinions are important to us. Thank you.

White - Chart    Yellow - Patient



MR112-100b   11/98    Page 1 of 1



To Rodney Jones
Sangamo County Detention Facility
#1 Sheriffs Plaza
Springfield IL 62701

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE
SANGAMON COUNTY
DETENTION FACILITY

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE
SANGAMON COUNTY
DETENTION FACILITY